IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEVIN TAYLOR, #99101 | § | |
| | § | |
| VS. | § | CIVIL NO. 4:25-CV-00682-SDJ-BD |
| | § | |
| SHERIFF, GRAYSON COUNTY | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), (Dkt. #22), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 9, 2026, the Magistrate Judge entered the Report containing proposed findings of fact and recommendations that the petition for a writ of habeas corpus be dismissed without prejudice and that a certificate of appealability be denied.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice. It is further **ORDERED** that a certificate of

[1] On October 23, 2026, a copy of the Report, (Dkt. #22), was returned as undeliverable and marked "INMATE NOT IN CUSTODY, RELEASED ON 4.23.26." (Dkt. #23). Petitioner has not updated his address with the Court.

appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 30th day of October, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE